1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                              EASTERN DISTRICT OF CALIFORNIA

9

10   PAUL WILLIAM JENSEN,                    )        1:07-cv-01737-LJO-SMS-PC
                                             )
11              Plaintiff,                   )
                                             )        ORDER TO SHOW CAUSE WHY IN
12        vs.                                )        FORMA PAUPERIS STATUS SHOULD
                                             )        NOT BE REVOKED
13   JAMES YATES, et al.,                    )
                                             )        THIRTY DAY DEADLINE TO RESPOND
14              Defendant.                    )
                                             )
15   _____)

16        Plaintiff, Paul William Jensen ("plaintiff"), is a state prisoner proceeding pro se in this civil

17   rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 72-

18   302 pursuant to 28 U.S.C. § 636(b)(1).

19        Plaintiff filed the complaint on November 30, 2007. (Doc. 1.) On December 17, 2007, plaintiff

20   submitted a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a), and the request was

21   granted on December 26, 2007.  (Docs. 6, 7.)  Plaintiff, an inmate in the custody of the California

22   Department of Corrections and Rehabilitation at Corcoran State Prison, brings this civil rights action

23   against defendant correctional officials employed by the CDCR at Pleasant Valley State Prison.  Plaintiff

24   claims that in August 2002, defendants illegally placed him in Administrative Segregation, resulting in

25   loss of freedom, personal property, due process rights, and equal protection rights.  Plaintiff also brings

26   claims against defendants for defamation, fraud, persecution, falsifying documents, and retaliation.

27        The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action

28   . . . under this section if the prisoner has, on 3 or more occasions, while  incarcerated or detained in a

1 facility, brought an action or appeal in a court of the United States that was dismissed on the ground that

2 it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner

3 is under imminent danger of serious injury."  This plaintiff has, on 3 prior occasions, brought civil

4 actions at the United States District Court challenging the conditions of his confinement, which were

5 dismissed as frivolous or for failure to state a claim upon which relief can be granted:  Jensen v. Lloyd,

6 2:00-cv-10438-UA-RNB (Central District of California); Jensen v. Pete Wilson, et al., 1:98-cv-00396-

7 WBS-DAD-P (Eastern District of California); and Jensen v. Davis, et al., 1:99-cv-05431-REC-SMS-P

8 (Eastern District of California).  Plaintiff is therefore not entitled to proceed in forma pauperis unless

9 he alleges facts indicating that he is in imminent danger of serious physical injury.  Plaintiff alleges no

10 such facts in this case.

11        Accordingly, IT IS ORDERED that plaintiff show cause, within thirty days, why his in forma

12 pauperis status should not be revoked, and plaintiff be directed to pay the filing fee in full.

13

14

15 IT IS SO ORDERED.

16 **Dated:    October 10, 2008**                            **/s/ Sandra M. Snyder**
                                                           UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28