IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WILLIAM JENSEN,<br><br>        Plaintiff,<br><br>   vs.<br><br>JAMES YATES, et al.,<br><br>        Defendants.<br>_____/ | 1:07-cv-01737-SMS-PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>ORDER FOR CLERK TO CLOSE CASE |

    Plaintiff Paul William Jensen ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 14, 2007, this action was assigned to the undersigned pursuant to Appendix A(K)(4) of the Local Rules, to conduct any and all proceedings in the case. (Doc. 24.)

    On February 6, 2009, pursuant to 28 U.S.C. § 1915(g), the court found plaintiff ineligible to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within thirty days. (Doc. 25.) More than thirty days have passed and plaintiff has not complied with or otherwise responded to the court's order.[1]

    Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee. The Clerk is directed to close this case in its entirety.

IT IS SO ORDERED.

**Dated:   March 11, 2009**          /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] On February 24, 2009, the United States Postal Service returned the order as undeliverable, with a notation that plaintiff is deceased.